IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-cv-00361-M-RJ

| | |
|---|---|
| CHRISTINA ALEXANDRIA TAYLOR-LOPER, <br><br> Plaintiff, <br><br> v. <br><br> SAM'S CLUB/WALMART ASSOC. INC., <br><br> Defendant. | ORDER |

  This matter comes before the court on the Memorandum and Recommendation ("M&R") of Magistrate Judge Robert B. Jones, Jr. [DE 39]. Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), Judge Jones recommends that this court grant Defendant's motion for sanctions [DE 33]; dismiss Plaintiff's complaint with prejudice; and deny as moot Defendant's motion to compel [DE 31]. Plaintiff has not objected to the recommendation.

  A magistrate judge's recommendation carries no presumptive weight. The court "may accept, reject, or modify, in whole or in part, the . . . recommendation[ ] . . . receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1); *accord Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* § 636(b)(1). Absent a specific and timely objection, as here, the court reviews only for "clear error" and need not give any explanation for adopting the recommendation. *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

  Upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated

therein, the court GRANTS the motion for sanctions [DE 33] and DISMISSES Plaintiff's complaint with prejudice based on her failure to comply with her discovery obligations. The Court DENIES AS MOOT Defendant's motion to compel [DE 31].

SO ORDERED this __2d__ day of February, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE