UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CHRISTINA ALEXANDRIA TAYLOR-LOPER, )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SAM'S CLUB/WALMART ASSOCIATES, INC., )<br>)<br>Defendant. ) | **JUDGMENT**<br>**CASE NO. 5:22-CV-361-M-RJ** |

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the court's order entered on February 2, 2024 [DE 40], the court ADOPTS the Memorandum and Recommendation [DE 39], GRANTS the motion for sanctions [DE 33] and DISMISSES Plaintiff's complaint with prejudice based on her failure to comply with her discovery obligations. The Court DENIES AS MOOT Defendant's motion to compel [DE 31].

<u>This Judgment filed and entered on February 2, 2024, and copies to</u>:
Christina Alexandria Taylor-Loper (via U.S. Mail)
Shannon Sumerell Spainhour (via CM/ECF Electronic Notification)
J. Rodrigo Pocasangre (via CM/ECF Electronic Notification)

February 2, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Kimberly R. McNally
Deputy Clerk